**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

No. 99-20003

---

EMILIO HERNANDEZ,

Plaintiff-Appellant,

VERSUS

WARREN PETROLEUM COMPANY, Limited Partnership, et al.,

Defendants,

CHEVRON USA, INC.,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-4)

---

November 8, 1999

Before DAVIS, JONES and MAGILL[1], Circuit Judges.

PER CURIAM:[**]

The judgment of the district court is affirmed essentially for the reasons stated in its October 20, 1998 Memorandum Opinion and Order.

AFFIRMED.

---

[1]Circuit Judge of the Eighth Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.